IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-64-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZHAQWUAN JEVONTAE GARY | ) | |

This matter comes before the Court on defendant's motion to withdraw [DE 94] an earlier motion to amend/correct his conditions of release. The matter is currently set for hearing on July 7, 2016.

For good cause shown, the Court hereby GRANTS defendant's motion to withdraw the earlier motion. [DE 94]. Accordingly, the earlier motion is hereby DENIED AS MOOT. [DE 78]. Defendant will continue on the existing conditions of release as set by Magistrate Judge James E. Gates [DE 53] pending trial in this matter, which is set for July 12, 2016, at 10:00AM in Elizabeth City, North Carolina.

SO ORDERED, this __6__ day of July, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE